

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 13, 2011

**BY FACSIMILE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/11
```

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **United States v. Alphonse Trucchio et al.**
     **S1 11 Cr. 614 (VM)**
     **Defendant Christopher Colon**

Dear Judge Marrero:

On November 30, 2011, Magistrate Judge Gorenstein ordered the release of defendant Christopher Colon pursuant to the following conditions: a $250,000 personal recognizance bond co-signed by two financially persons, travel restricted to the Southern and Eastern Districts of New York, the surrender of his passport and no new travel applications, strict Pre-trial supervision, and a curfew between the hours of 9 p.m. and 6 a.m. Pretrial Services has since alerted the parties that the curfew is effectively unenforceable without electronic monitoring. Accordingly, the Government respectfully requests, with the defendant's consent, that the defendant's bail conditions be modified to impose a curfew between the hours of 11 p.m. and 6 a.m., enforced by electronic monitoring.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
Daniel Chung/Jonathan Cohen/Michael Ferrara
Assistant United States Attorneys
(212) 637-2417/2408/2526

> Request GRANTED. The bail conditions of defendant *Christopher Colon* herein are modified to permit a curfew electronically monitored from 11:00 PM thru 6:00 AM for the purposes and on the terms and conditions set forth above.
>
> SO ORDERED:
> 12-14-11
> DATE        VICTOR MARRERO, U.S.D.J.

Cc:  Francisco Celedonio, Esq. (By e-mail)
     Natasha Ramesar, U.S. Pretrial Services (By e-mail)