# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| - against - | ) | 11 Cr. 614 (VM) |
| | ) | |
| CHRISTOPHER COLON, | ) | |
| Defendant. | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record


I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: the defendant, CHRISTOPHER COLON.

Date:   December 19, 2011

/s/  Richard J. Ma
Richard J. Ma
State Bar #2810877
315 Broadway, Suite 200
New York, New York 10007
richardma@maparklaw.com
P:  (212) 431-6938
F:  (212) 233-6937