**Law Office of**
***Francisco E. Celedonio, Esq.***
***401 Broadway, Suite 310***
***New York, New York 10013***

*(212) 219-7533*                                                            *Fax (212) 219-4094*

December 22, 2011

Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/22/11

Re: *United States v. Christopher Colon,*
11 Cr. 614 (VM)

Dear Judge Marrero:

    I represent Mr. Christopher Colon, a defendant in the above-referenced case.

    As the Court is aware, Mr. Colon was released on an agreed upon bail endorsed by the magistrate court consisting of (i) a $250,000 personal recognizance bond, (ii) co-signed by two financially responsible persons, (iii) travel restricted to the Southern and Eastern districts of New York, (iv) surrender of travel documents, (v) and strict pre-trial supervision and a curfew between the hours of 9pm and 6am. On consent of the parties, this Court amended the bail package to include electronic monitoring of the curfew between the hours of 11pm and 6am.

    Mr. Colon continues in compliance with all elements of his bail.

    This letter requests, with the consent of the government, that the curfew be extended so that Mr. Colon may be out of the house on Christmas Eve (December 24, 2011) until 1am. Mr. Colon will be with his family (several blocks away from his home); rather than return home by 11pm on December 24th, it agreed that Mr. Colon may be permitted to return home by 1am on Sunday December 25, 2011.

    I appreciate the Court's attention to this matter.

Respectfully Submitted,

[signature]

Francisco E. Celedonio, Esq.

---

Request GRANTED. The bail conditions of defendant _Christopher Colon_ herein are modified to permit _electronic monitoring and curfew_ on _12-24-11_ thru _12-25-11_ for the purposes and on the terms and conditions set forth above.

SO ORDERED:
_12-22-11_   [signature]
DATE        VICTOR MARRERO, U.S.D.J.