USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/11

**Law Office of**
**Francisco E. Celedonio, Esq.**
**401 Broadway, Suite 310**
**New York, New York 10013**

(212) 219-7533                                   Fax (212) 219-4094

December 28, 2011

Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Request GRANTED. The bail conditions of defendant _Christopher Colon_ herein are modified to permit _extension of his curfew_ on _12-31-11 to 3:00 a.m. on 1-1-12_ for the purposes and on the terms and conditions set forth above.
> SO ORDERED:
> 12-28-11
> DATE                VICTOR MARRERO, U.S.D.J.

Re: *United States v. Christopher Colon,*
    11 Cr. 614 (VM)

Dear Judge Marrero:

I represent Mr. Christopher Colon, a defendant in the above-referenced case.

As the Court is aware, Mr. Colon was released on an agreed upon bail endorsed by the magistrate court consisting of (i) a $250,000 personal recognizance bond, (ii) co-signed by two financially responsible persons, (iii) travel restricted to the Southern and Eastern districts of New York, (iv) surrender of travel documents, (v) and strict pre-trial supervision and a curfew between the hours of 9pm and 6am. On consent of the parties, this Court amended the bail package to include electronic monitoring of the curfew between the hours of 11pm and 6am. Mr. Colon continues in compliance with all elements of his bail.

This letter requests, with the consent of the government (as per my conversation with AUSA Michael Ferrara), that the curfew be extended so that Mr. Colon may spend New Year's Eve visiting with his father (who is ill) and family, and permitting him to return home by 3am on January 1, 2012 (rather than 11pm on December 31, 2011).

I appreciate the Court's attention to this matter.

Respectfully Submitted,

Francisco E. Celedonio, Esq.