UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                v.

CHRISTOPHER COLON,
              Defendant.
-----------------------------------------------------------X

S1 11 Cr. 614 (VM)
ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/12

Victor Marrero, U.S.D.J.

      UPON application of Francisco E. Celedonio, CJA counsel to Mr. Christopher Colon; and,

      WHEREAS, the Court has determined that the services of a private investigator are an appropriate expenditure, under the Criminal Justice Act, to assist counsel in his pre-trial investigation and trial preparation;

      IT IS HEREBY ORDERED, that Mr. Edwin Webster is approved to provide investigative services and assist in the defense of Mr. Christopher Colon, for the reasons indicated in the letter of defense counsel dated January 20, 2012, for up to 50 hours of investigation at the rate of $90 per hour.

So Ordered
24 January 2012

Hon. Victor Marrero
U.S.D.J.