**Law Office of**
*Francisco E. Celedonio, Esq.*
*401 Broadway, Suite 310*
*New York, New York 10013*

*(212) 219-7533*                       *Fax (212) 219-4094*

February 1, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2012
```

Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Christopher Colon,*
11 Cr. 614 (VM)

Dear Judge Marrero:

    I represent Mr. Christopher Colon, a defendant in the above-referenced case.

    As the Court is aware, Mr. Colon was released on an agreed upon bail endorsed by the magistrate court consisting of (i) a $250,000 personal recognizance bond, (ii) co-signed by two financially responsible persons, (iii) travel restricted to the Southern and Eastern districts of New York, (iv) surrender of travel documents, (v) and strict pre-trial supervision and a curfew between the hours of 9pm and 6am. On consent of the parties, this Court amended the bail package to include electronic monitoring of the curfew between the hours of 11pm and 6am. Mr. Colon continues in compliance with all elements of his bail.

    This letter requests, with the consent of the government (as per my communications with conversation AUSA Daniel Chung), that the curfew be extended so that Mr. Colon be permitted to attend two family events: (i) tomorrow, February 2, 2012, his brother's birthday party in Long Island (with his family, including his sick father) – returning home by 2am; and (ii) on Saturday February 4, 2012, his God-daughter's sweet sixteen birthday party, in Babylon, Long Island – also returning home by 2am.

    I appreciate the Court's attention to this matter.

Request GRANTED. The bail conditions of defendant _Christopher Colon_ herein are modified to permit travel to _Long Island, NY_ on _2-2-12_ and _2-4-12_ for the purposes and on the terms and conditions set forth above.

SO ORDERED:

_2-2-12_ _____
DATE      VICTOR MARRERO, U.S.D.J.

Respectfully Submitted,

Francisco E. Celedonio, Esq.