UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/12

**ORDER**

        -against-                                                 11 Cr 12 & 11 CR 614

CHRISTOPHER COLON,

                          Defendant.
------------------------------------------------------------X

        For the reasons stated on the record today the defendant is hereby remanded.


Dated: New York, New York
        February 17, 2012

                                                            /s/ RMB
                                          _____
                                            RICHARD M. BERMAN, U.S.D.J.